# Third District Court of Appeal

## State of Florida

Opinion filed July 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-602
Lower Tribunal No. 18-16048
_____

## Benedicto R. Alvarez, et al.,
Appellants,

vs.

## Danielle M. Tirado,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Weiss Serota Helfman Cole & Bierman, P.L., and Edward G. Guedes and Lindsay Behnke and Bryan Siddique, for appellants.

Rubenstein Law, P.A., and Anthony J. Soto; Harris Appeals, P.A., and Andrew A. Harris and Grace Mackey Streicher (Palm Beach Gardens), for appellee.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.